UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZERVOS, INC., ET AL.,

      Plaintiffs,                       No. 12-13121

v.                                    District Judge Arthur J. Tarnow
                                        Magistrate Judge R. Steven Whalen

DARIUS XAVIER JOHNSON, ET AL.,

      Defendants.
                                                 /

## ORDER

For the reasons and under the terms stated on the record on December 17, 2013, Plaintiffs' Motion to Reopen Discovery [Doc. #63] is GRANTED.

Discovery will be limited to the depositions of Larry Polec and Xavier Johnson, which will occur within 45 days of the date of this Order. Neither deposition will exceed four hours, measured from the time the witness is sworn. If the parties agree, the depositions may be held by video-conference. Otherwise, the depositions will be held where the witness resides.

IT IS SO ORDERED.

Dated: December 17, 2013              s/R, Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 17, 2013, electronically and/or by U.S. mail.

                                                          s/Michael Williams
                                                         Case Manager for the
                                                         Honorable R. Steven Whalen